**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Prim Securities, Inc.,** | ) | **CASE NO.  05-CV-783** |
| **Prim Advisors, Inc.** | ) | |
| **Plaintiffs,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **William McCarthy** | ) | **Judgment Entry** |
| | ) | |
| **Defendant.** | ) | |

Having resolved Defendant William McCarthy's Motion for Summary Judgment on Plaintiffs' Amended Complaint (Doc. 65) and Defendant's Motion for Summary Judgment on Counterclaims (Doc. 67), the Court hereby enters judgment in favor of Defendant on Counts I, II and V of his counterclaims in the amount of $4561.36 plus interest from February 26, 2001.  The Court enters judgment against Plaintiffs on their Complaint and against Defendant on Counts III and IV of his counterclaims.  In light of the Court's disposition of Defendant's Motions, the Motions of Docs. 76, 83 and 85 are moot.

IT IS SO ORDERED.

 /s/Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge